

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00143-CV

**IN RE S.J.G.**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               H. Todd McCray, Justice

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On March 3, 2025, relator filed a petition for a writ of mandamus. After considering the mandamus petition and record, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2014CI13767, styled *In re L.C.G.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.